UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL BINDER,<br><br>       Plaintiff,<br><br>   -against-<br><br>CAPITAL ONE BANK, N.A.,<br><br>       Defendant. | 22-CV-2528 (VSB)<br><br>ORDER OF SERVICE |

VERNON S. BRODERICK, United States District Judge:

  Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

  The Clerk of Court is directed to issue a summons as to Defendant Capital One Bank, N.A. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: April 1, 2022
    New York, New York

                     *Vernon Broderick*
                     VERNON S. BRODERICK
                     United States District Judge